UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
F.R. et al.,                                              :

        Plaintiffs,                          :       ORDER

   -v.-                                                  :
                                                              22 Civ. 1776 (VEC) (GWG)
NEW YORK CITY DEPARTMENT OF                  :
EDUCATION,
                                                            :

        Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The applications in Docket ## 26 and 41 to file certain materials under seal are granted in light of the sensitive nature of the records involving a minor. Plaintiff shall file these materials under seal forthwith.

      SO ORDERED.

Dated:  January 25, 2023
            New York, New York

                                                                  GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge