UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
F.R., et al.,                                         :

              Plaintiffs,              :

                                               ORDER

   -against-                               :

                                             22 Civ. 1776 (VEC) (GWG)

NEW YORK CITY DEPARTMENT            :
OF EDUCATION,

                                         :

              Defendant.
---------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiffs F.R. and M.R., individually and on behalf of their son, A.R., brought this action against defendant New York City Department of Education ("DOE") in connection with an administrative proceeding under the Individuals with Disabilities Education Act. (See Docket # 1). In plaintiffs' initial memorandum of law, they state that they seek, inter alia, an order that the DOE "pay the remaining $8,210 for A.R.'s services for the 2018-2019 school year plus interest" and "pay the remaining $210 for A.R.'s services for the 2019-2020 school year plus interest." (Docket # 27 at 2). In opposition, DOE avers that "all required payments were made." (Docket # 37 at 5). Plaintiffs' reply does not address this contention, stating only that "regardless of whether the DOE owes $8,420, this action was necessary." (Docket # 42 at 9). In other words, plaintiffs do not make clear whether they are still seeking an order relating to these reimbursements, noting only that plaintiffs' reimbursement requests were "rejected" by DOE at some point after the filing of the instant motion. Id. at 8.

      These statements do not allow the Court to determine whether plaintiffs still seek relief relating to the allegedly unpaid reimbursements. Accordingly, plaintiffs are ordered to file a letter on or before March 23, 2023, stating whether they continue to seek relief relating to the reimbursements and providing all facts relating to this claim. If they are no longer continuing to seek relief, the letter shall state the date on which the reimbursement requests were satisfied. Defendants may respond on or before March 30, 2023.

      On a separate point, it appears that the minor plaintiff's name, address, and social security number have been included by plaintiffs' attorneys in publicly docketed filings. (Docket # 27-1, Exhibits E, J, & K). The Court directs the Clerk of Court to modify the viewing level for Docket # 27-1 to the attorneys on the case and the Court. Plaintiffs are directed to refile, on or before March 23, 2023, Docket # 27-1 with the above information redacted.

      Finally, there are a number of documents that plaintiffs filed in redacted form. As far as the Court can tell, these consist of Docket # 27-1, Exhibits A, B, C, D, G, H, I, and M; and Docket # 42-1, Exhibits C and D. Additionally, Docket # 27-1, Exhibit L appears to be blank,

rather than redacted.  While the Court has been provided with courtesy copies of these documents (with the exception of Exhibit L), they need to be filed on ECF in sealed form.  Accordingly, on or before March 23, 2023, plaintiffs shall file these exhibits under seal (along with any other unfiled exhibits the Court may have missed).  Plaintiffs shall either file a copy of Exhibit L or include in their letter an explanation of its absence.

       SO ORDERED.

Dated: March 16, 2023
       New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge