**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
F.R. AND M.R., INDIVIDUALLY AND ON
BEHALF OF A.R.,

                        Plaintiffs,

      -against-                                   22 **CIVIL** 1776 (VEC)

                                                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 13, 2023, Plaintiffs' objection to the R&R is overruled and the R&R is adopted in full. Plaintiffs are awarded $39,760.37 in attorneys' fees, expenses, and costs. Judgment is entered in favor of Plaintiffs, and any open motions are closed. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 13, 2023

                                                             **RUBY J. KRAJICK**
                                                              Clerk of Court

                                 **BY:**
                                                              **Deputy Clerk**